AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| LODSYS GROUP, LLC, | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 2:12-cv-290 |
| AVG TECHNOLOGIES USA, INC., et al., | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Webroot Software, Inc.
2560 55th Street
Boulder, CO 80301

Registered Agent: CT Corporation System
350 N. St. Paul St., Ste. 2900
Dallas, Texas 75201-4234

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: William Ellsworth Davis, III
The Davis Firm, PC
111 West Tyler Street
Longview, Texas 75601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/11/12

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:12-cv-290

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Webroot Software, Inc.
was received by me on *(date)* 05/17/2012

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Service executed by delivering to Webroot Software, Inc. % Reg. Agent CT Corporation System, 350 N. St. Paul St., Ste 2900, Dallas, TX 75201 by certified mail # 7008 1830 0003 9416 8325. See form 3811 signed by Mica Minor on 05/18/2012.

My fees are $ _____ for travel and $ 40.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 05/23/2012

*Server's signature*

Todd L. Parish Process Server
*Printed name and title*

606 W. Tyler Street, Ste. C
Gilmer, TX 75644

*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>MAY 1 8 2012 |
| 1. Article Addressed to:<br><br>Webroot Software, Inc.<br>Through their Registered Agent:<br>CT Corporation System<br>350 N. St. Paul St., Ste. 2900<br>Dallas, Texas 75201-4234 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7008 1830 0003 9416 8325 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540