# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LODSYS GROUP, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:12-cv-290 (JRG) |
| | § | |
| AVG TECHNOLOGIES USA, INC.; | § | |
| GFI SOFTWARE, INC.; | § | |
| KASPERSKY LAB, INC.; | § | |
| RAXCO SOFTWARE, INC.; | § | |
| SYMANTEC CORPORATION; | § | |
| WEBROOT SOFTWARE, INC.; | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL OF CERTAIN CLAIMS

In consideration of Plaintiff Lodsys Group, LLC's and Defendant Symantec Corporation Joint Motion to Dismiss Certain Claims between Plaintiff Lodsys Group, LLC and Defendant Symantec Corporation, it is ORDERED, ADJUDGED, AND DECREED that all claims and counterclaims related to infringement arising out of or based upon products and/or services provided by LivePerson, Inc. to Defendant Symantec Corporation asserted in this suit between Plaintiff Lodsys Group, LLC and Defendant Symantec Corporation are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 16th day of August, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE